UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SCOTT JOHNSON,<br><br>   Plaintiff,<br><br>v.<br><br>RICHARD V. COLUMBINI SR., et al.,<br><br>   Defendants. | Case No.18-cv-04813-VKD<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT** |

  The Court having been informed that plaintiff Scott Johnson and defendant Richard V. Columbini Sr. (in his individual and representative capacities) (collectively, "the settling parties") have settled the dispute between them, all previously scheduled deadlines and appearances as to Mr. Columbini only[1] are VACATED.

  On or before **April 1, 2019**, the settling parties shall file a stipulated dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(ii). Rule 41(a)(1) permits a plaintiff to voluntarily dismiss a case without a court order (i) by notice if the defendant has not filed an answer or motion for summary judgment, or (ii) by stipulation signed by all parties who have appeared. Because Mr. Columbini has filed an answer, the settling parties must file a stipulated dismissal pursuant to Rule 41(a)(1)(ii).

  If a dismissal is not filed by the specified date, then the settling parties shall appear in Courtroom 2, Fifth Floor, 280 South First Street, California on **April 9, 2019, 10:00 a.m.** and show cause, if any, why the claims against Mr. Columbini (individually and in his representative

---

[1] To date, the only other defendant in this action, Ayal Pal Singh, has neither appeared nor responded to the complaint. The Clerk of the Court entered default as to Mr. Singh on January 17, 2019. Dkt. No. 22.

capacity) should not be dismissed pursuant to Fed. R. Civ. P. 41(a). Additionally, the settling parties shall file a statement in response to this Order to Show Cause no later than **April 2, 2019** advising as to (1) the status of their activities in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal. If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the settling parties need not file a statement in response to this Order.

**IT IS SO ORDERED.**

Dated: January 30, 2019

VIRGINIA K. DEMARCHI
United States Magistrate Judge